UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON BARROW,<br>Plaintiff,<br>-against-<br>DEMETRIOUS JEFFERSON; et al.,<br>Defendants. | 26-CV-4001 (LLS)<br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated May 26, 2026, the Court directed Plaintiff to file an amended pleading within 30 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the order dated May 26, 2026.

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: July 8, 2026
New York, New York

Louis L. Stanton
Louis L. Stanton
U.S.D.J.