UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON BARROW,<br><br>Plaintiff,<br><br>-against-<br><br>DEMETRIOUS JEFFERSON; ET AL.,<br><br>Defendants. | 26 CIVIL 04001 (LLS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the July 8, 2026, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the order dated May 26, 2026.

SO ORDERED.

Dated: July 6, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge